# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hardiman, Thomas M. | U. S. Court of Appeals | 05/09/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

2270 United States Courthouse
700 Grant Street
Pittsburgh, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Big Brothers Big Sisters of Greater Pittsburgh, Inc. |
| 2. | Adjunct Law Professor | Duquesne Law School |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Duquesne Law School - teaching | $2,667.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | The First City Company |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Federalist Society | March 4, 2017 | Washington, DC | Panel moderator | Transportation, hotel |
| 2. | Seton Hall University Law School | April 3, 2017 | Newark, NJ | Lecture | Transportation |
| 3. | Harvard Law Review | April 11, 2017 | Cambridge, MA | Panel participant | Transportation |
| 4. | The Federalist Society | November 16-17, 2017 | Washington, DC | Conference attendee | Hotel parking |
| 5. | The Federalist Society | November 30, 2017 | New Haven, CT | Lecture | Transportation, hotel |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Academy of Trial Lawyers of Allegheny County | Honorary Membership | $750.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Checking Account | A | Interest | L | T | | | | | |
| 2. PNC Money Market Acct. | A | Interest | N | T | | | | | |
| 3. Vanguard Prmpcp Mut. Fund (MF) | D | Dividend | M | T | | | | | |
| 4. Fulton Financial Stk (CS) | A | Dividend | K | T | | | | | |
| 5. WELLS FARGO EQUITY ACCOUNT | | | | | | | | | |
| 6. Wells Fargo MM | A | Interest | J | T | | | | | |
| 7. Allergen PLC | A | Dividend | | | Sold | 03/08/17 | L | D | |
| 8. Alphabet Inc. Class A -- Moved to Bond Account | | | | | | | | | |
| 9. Alphabet Inc. Class C -- Moved to Bond Account | | | | | | | | | |
| 10. Apple | A | Dividend | | | Sold | 03/08/17 | K | E | |
| 11. Bank New York Mellon CS | B | Dividend | L | T | | | | | |
| 12. Berkshire Hathaway | | None | M | T | | | | | |
| 13. Citigroup | B | Dividend | M | T | | | | | |
| 14. Continental Building Products | | None | | | Sold | 05/31/17 | L | E | |
| 15. Cooper Standard | | None | | | Sold | 05/31/17 | L | E | |
| 16. Dish Network CS | | None | | | Sold | 02/28/17 | L | F | |
| 17. DSW Class A | A | Dividend | | | Sold | 03/08/17 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Express Scripts | | None | | | Sold | 03/08/17 | K | D | |
| 19. General Motors | C | Dividend | | | Sold | 03/08/17 | L | D | |
| 20. Goldman Sachs | A | Dividend | | | Sold | 05/31/17 | L | E | |
| 21. JP Morgan Chase CS | C | Dividend | M | T | Sold (part) | 02/16/17 | J | C | |
| 22. Kinross Gold Corp | | None | | | Sold | 03/08/17 | J | A | |
| 23. Vaneck Vector EFT | A | Dividend | | | Sold | 05/31/17 | K | B | |
| 24. Natural Grocers by Vitamin Cottage | | None | | | Sold | 03/08/17 | K | A | |
| 25. Netscout | | None | | | Sold (part) | 05/31/17 | L | C | |
| 26. | | | | | Sold | 08/30/17 | J | C | |
| 27. Packaging Co. of America | B | Dividend | | | Sold | 03/08/17 | K | E | |
| 28. Range Resources | A | Dividend | | | Sold | 03/08/17 | K | A | |
| 29. Robert Half Int'l | A | Dividend | | | Sold | 03/08/17 | K | D | |
| 30. Spirit Airlines | | None | | | Sold (part) | 05/31/17 | L | D | |
| 31. | | | | | Sold | 08/30/17 | J | A | |
| 32. T. Mobile -- Moved to Bond Account | | | | | | | | | |
| 33. Tweny-First Century CLA | B | Dividend | M | T | | | | | |
| 34. US Bancorp CS | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Linmar Corp | A | Dividend | | | Buy | 02/06/17 | K | | |
| 36. | | | | | Sold | 05/31/17 | K | A | |
| 37. WELLS FARGO BOND ACCOUNT | | | | | | | | | |
| 38. Wells Fargo MM | A | Interest | M | T | | | | | |
| 39. Alphabet Inc. Class A | | None | L | T | | | | | |
| 40. Alphabet Inc. Class C | | None | L | T | | | | | |
| 41. Abington PA School Dist. | B | Interest | | | Redeemed | 04/03/17 | K | A | |
| 42. Barclays Bank PLC Pfd. Stk (PF) | B | Dividend | | | Redeemed | 03/15/17 | K | A | |
| 43. Duke Energy PF | A | Dividend | K | T | | | | | |
| 44. T. Mobile -- Moved from Equity Account | | None | J | T | Sold (part) | 01/20/17 | J | D | |
| 45. | | | | | Sold (part) | 01/26/17 | J | C | |
| 46. | | | | | Sold (part) | 02/13/17 | K | D | |
| 47. Eaton Vance En. Equity MF | A | Dividend | J | T | | | | | |
| 48. Eaton Vance Gr. India MF | A | Dividend | L | T | | | | | |
| 49. Guggenheim Credit Allocation Fd | C | Dividend | K | T | | | | | |
| 50. Investment Co. of America MF | B | Dividend | M | T | Buy (add'l) | 03/30/17 | L | | |
| 51. Monroeville PA Mun. | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Octorara PA Area | B | Interest | K | T | | | | | |
| 53. Pennsylvania HSG | A | Interest | K | T | | | | | |
| 54. Spectra Energy Corp PF -- Bought by Enbridge | A | Dividend | J | T | | | | | |
| 55. University Area Jt. | A | Interest | | | Redeemed | 11/01/17 | K | A | |
| 56. Garnet Valley PA School District Bond | A | Interest | K | T | | | | | |
| 57. Carroll Twp PA Auth. Swr Bond | A | Interest | K | T | | | | | |
| 58. Washington Mutual Invest. MF | C | Dividend | M | T | | | | | |
| 59. Capital World Income MF | A | Dividend | K | T | | | | | |
| 60. Europacific Growth MF | A | Dividend | K | T | | | | | |
| 61. New Perspective FDA MF | A | Dividend | K | T | | | | | |
| 62. Lord Abbett Inv. Trust C Class | A | Dividend | J | T | | | | | |
| 63. Lord Abbett Inv. Trust Class A | D | Dividend | M | T | Buy (add'l) | 07/20/17 | M | | |
| 64. Lord Abbett Equity Trust Calibrated Mid Cap | A | Dividend | L | T | | | | | |
| 65. Lord Abbett Secs Trust Growth Leaders Fund | | None | L | T | | | | | |
| 66. Flaherty & Crumrin | C | Dividend | L | T | | | | | |
| 67. MFS SER Trust III Mun High Income Class A | A | Dividend | J | T | | | | | |
| 68. MFS Global Total Rtn Fund Class A | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MFS Growth Class A | | None | N | T | | | | | |
| 70. MFS Mid Cap Value | B | Dividend | N | T | | | | | |
| 71. MFS Municipal Limited Maturity Fund | D | Dividend | N | T | Buy (add'l) | 03/30/17 | N | | |
| 72. MFS Utilities Fund | D | Dividend | M | T | | | | | |
| 73. MFS Global Equity Fund Class A | B | Dividend | N | T | | | | | |
| 74. MFS International Growth Fund | B | Dividend | M | T | | | | | |
| 75. MFS International Value Fund | C | Dividend | M | T | | | | | |
| 76. Putnam Capital Spectrum | | None | | | Sold | 12/14/17 | J | | |
| 77. Putnam Equity Spectrum | | None | M | T | | | | | |
| 78. AMCAP Fund | | None | L | T | Buy (add'l) | 03/30/17 | L | | |
| 79. Fundamental Investors | A | Dividend | L | T | Buy (add'l) | 03/30/17 | L | | |
| 80. Growth Fund of America | A | Dividend | J | T | | | | | |
| 81. Short Term Bd Fund America Class A | D | Dividend | O | T | Buy | 03/30/17 | M | | |
| 82. | | | | | Buy (add'l) | 07/20/17 | M | | |
| 83. 401(k) ACCOUNT #1A | | | | | | | | | |
| 84. Lg. Value Equity MF (Dodge & Cox) | A | Dividend | K | T | | | | | |
| 85. Lg. Value Growth (T. Rowe Price) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Mid Cap Value (renamed Janus Henderson Mid Cap Value) | A | Dividend | K | T | | | | | |
| 87. International Value II (Dodge & Cox) | A | Dividend | K | T | | | | | |
| 88. Invesco International Growth | A | Dividend | K | T | | | | | |
| 89. 401(k) ACCOUNT #2 | | | | | | | | | |
| 90. Merrill Lynch | A | Interest | J | T | | | | | |
| 91. Central Europe & Russia MF | A | Dividend | J | T | | | | | |
| 92. Century Link | C | Dividend | K | T | Buy (add'l) | 08/18/17 | J | | |
| 93. | | | | | Buy (add'l) | 11/22/17 | J | | |
| 94. Citigroup CS | A | Dividend | J | T | | | | | |
| 95. General Electric CS | A | Dividend | J | T | | | | | |
| 96. TRUST #1 | | | | | | | | | |
| 97. Wells Fargo Account | A | Interest | J | T | | | | | |
| 98. AMCAP MF | A | Dividend | M | T | Buy (add'l) | 03/30/17 | J | | |
| 99. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 100. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 101. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 102. | | | | | Buy (add'l) | 08/01/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 104. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 105. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 106. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 107. Capital World Gr. & Income MF | B | Dividend | L | T | | | | | |
| 108. Europacific Growth MF | A | Dividend | L | T | | | | | |
| 109. Fundamental Inv. MF | B | Dividend | M | T | Buy (add'l) | 03/30/17 | J | | |
| 110. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 111. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 112. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 113. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 114. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 115. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 116. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 117. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 118. Growth Fund of America MF | A | Dividend | M | T | | | | | |
| 119. Investment Co. of America MF | B | Dividend | M | T | Buy (add'l) | 03/30/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 121. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 122. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 123. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 124. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 125. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 126. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 127. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 128. New Perspective MF | A | Dividend | M | T | | | | | |
| 129. Washington Mutual Inv. MF | C | Dividend | M | T | Buy (add'l) | 03/30/17 | J | | |
| 130. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 131. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 132. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 133. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 134. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 135. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 136. | | | | | Buy (add'l) | 11/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 138.  Short Term Bd Fund America Class A | A | Interest | J | T | Buy | 03/30/17 | K | | |
| 139. | | | | | Sold (part) | 03/30/17 | J | A | |
| 140. | | | | | Sold (part) | 05/01/17 | J | A | |
| 141. | | | | | Sold (part) | 06/01/17 | J | A | |
| 142. | | | | | Sold (part) | 07/03/17 | J | A | |
| 143. | | | | | Sold (part) | 08/01/17 | J | A | |
| 144. | | | | | Sold (part) | 09/01/17 | J | A | |
| 145. | | | | | Sold (part) | 10/02/17 | J | A | |
| 146. | | | | | Sold (part) | 11/01/17 | J | A | |
| 147. | | | | | Sold (part) | 12/01/17 | J | A | |
| 148.  TRUST #2 | | | | | | | | | |
| 149.  Wells Fargo Account | A | Interest | J | T | | | | | |
| 150.  AMCAP MF | A | Dividend | M | T | Buy (add'l) | 03/30/17 | J | | |
| 151. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 152. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 153. | | | | | Buy (add'l) | 07/03/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 155. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 156. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 157. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 158. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 159. Capital World Gr. & Income MF | C | Dividend | M | T | | | | | |
| 160. Europacific Growth MF | A | Dividend | L | T | | | | | |
| 161. Fundamental Inv. MF | B | Dividend | M | T | Buy (add'l) | 03/30/17 | J | | |
| 162. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 163. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 164. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 165. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 166. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 167. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 168. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 169. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 170. Growth Fund of America MF | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Investment Co. of America MF | B | Dividend | M | T | Buy (add'l) | 03/30/17 | J | | |
| 172. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 173. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 174. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 175. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 176. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 177. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 178. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 179. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 180. New Perspective MF | A | Dividend | M | T | | | | | |
| 181. Washington Mutual Inv. MF | B | Dividend | M | T | Buy (add'l) | 03/30/17 | J | | |
| 182. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 183. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 184. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 185. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 186. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 187. | | | | | Buy (add'l) | 10/02/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 189. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 190. Short Term Bd Fund America Class A | A | Interest | J | T | Buy | 03/30/17 | K | | |
| 191. | | | | | Sold (part) | 03/30/17 | J | A | |
| 192. | | | | | Sold (part) | 05/01/17 | J | A | |
| 193. | | | | | Sold (part) | 06/01/17 | J | A | |
| 194. | | | | | Sold (part) | 07/03/17 | J | A | |
| 195. | | | | | Sold (part) | 08/01/17 | J | A | |
| 196. | | | | | Sold (part) | 09/01/17 | J | A | |
| 197. | | | | | Sold (part) | 10/02/17 | J | A | |
| 198. | | | | | Sold (part) | 11/01/17 | J | A | |
| 199. | | | | | Sold (part) | 12/01/17 | J | A | |
| 200. TRUST #3 | | | | | | | | | |
| 201. Wells Fargo Account | A | Interest | J | T | | | | | |
| 202. AMCAP MF | A | Dividend | L | T | Buy (add'l) | 03/30/17 | J | | |
| 203. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 204. | | | | | Buy (add'l) | 06/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 206. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 207. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 208. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 209. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 210. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 211. Capital World Gr. & Income MF | B | Dividend | M | T | | | | | |
| 212. Europacific Growth MF | A | Dividend | M | T | | | | | |
| 213. Fundamental Inv. MF | B | Dividend | L | T | Buy (add'l) | 03/30/17 | J | | |
| 214. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 215. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 216. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 217. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 218. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 219. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 220. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 221. | | | | | Buy (add'l) | 12/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Growth Fund of America MF | A | Dividend | L | T | | | | | |
| 223. Investment Co. of America MF | B | Dividend | L | T | Buy (add'l) | 03/30/17 | J | | |
| 224. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 225. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 226. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 227. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 228. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 229. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 230. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 231. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 232. New Perspective MF | A | Dividend | L | T | | | | | |
| 233. Washington Mutual Inv. MF | B | Dividend | K | T | Buy (add'l) | 03/30/17 | J | | |
| 234. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 235. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 236. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 237. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 238. | | | | | Buy (add'l) | 09/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 240. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 241. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 242.  Short Term Bd Fund America Class A | A | Interest | K | T | Buy | 03/30/17 | K | | |
| 243. | | | | | Sold (part) | 03/30/17 | J | A | |
| 244. | | | | | Sold (part) | 05/01/17 | J | A | |
| 245. | | | | | Sold (part) | 06/01/17 | J | A | |
| 246. | | | | | Sold (part) | 07/03/17 | J | A | |
| 247. | | | | | Sold (part) | 08/01/17 | J | A | |
| 248. | | | | | Sold (part) | 09/01/17 | J | A | |
| 249. | | | | | Sold (part) | 10/02/17 | J | A | |
| 250. | | | | | Sold (part) | 11/01/17 | J | A | |
| 251. | | | | | Sold (part) | 12/01/17 | J | A | |
| 252.  TRUST #4 | | | | | | | | | |
| 253.  Wells Fargo Account | A | Interest | J | T | | | | | |
| 254.  AMCAP MF | A | Dividend | M | T | | | | | |
| 255.  Fundamental Inv. MF | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. Growth Fund of America MF | A | Dividend | M | T | Sold (part) | 03/22/17 | J | C | |
| 257. Investment Co. of America MF | B | Dividend | M | T | | | | | |
| 258. New Perspective MF | A | Dividend | M | T | | | | | |
| 259. Washington Mutual Inv. MF | C | Dividend | M | T | | | | | |
| 260. TRUST #5 | | | | | | | | | |
| 261. Wells Fargo Bank Account | A | Interest | M | T | | | | | |
| 262. AMCAP MF | A | Dividend | L | T | Buy (add'l) | 03/30/17 | K | | |
| 263. Capital Income Builder MF | B | Dividend | K | T | | | | | |
| 264. Capital World Gr. & Income MF | A | Dividend | K | T | | | | | |
| 265. Eaton Vance Gr. India MF | C | Dividend | L | T | | | | | |
| 266. INTL Growth & Income MF | A | Dividend | K | T | | | | | |
| 267. Fundamental INVS Inc. MF | A | Dividend | K | T | Buy (add'l) | 03/30/17 | K | | |
| 268. Growth Fund of America MF | A | Dividend | K | T | | | | | |
| 269. Investment Co. of America MF | B | Dividend | K | T | Buy (add'l) | 03/30/17 | K | | |
| 270. MFS Municipal Limited Maturity Fund Class A | C | Dividend | M | T | Buy | 03/30/17 | M | | |
| 271. Washington Mutual Investors | A | Dividend | K | T | Buy | 03/30/17 | K | | |
| 272. JJ Lorick LLC | | None | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. New Perspectives FD Inc. MF | A | Dividend | K | T | | | | | |
| 274. Allergen PLC | A | Dividend | | | Sold | 03/08/17 | K | B | |
| 275. Short Term Bd Fund America Class A | A | Dividend | L | T | Buy | 03/30/17 | K | | |
| 276. Alphabet Inc. Class A | | None | K | T | | | | | |
| 277. Alphabet Inc. Class C | | None | K | T | | | | | |
| 278. Apple Inc. | A | Dividend | | | Sold | 03/08/17 | K | D | |
| 279. Bank of NY Mellon | A | Dividend | K | T | | | | | |
| 280. Berkshire Hathaway | | None | L | T | | | | | |
| 281. Citigroup | A | Dividend | K | T | | | | | |
| 282. Continental Building Products | | None | | | Sold | 05/03/17 | K | D | |
| 283. Cooper-Standard | | None | | | Sold | 05/31/17 | K | D | |
| 284. Dish Network CS | | None | | | Sold | 02/28/17 | K | E | |
| 285. DSW | A | Dividend | | | Sold | 03/08/17 | J | A | |
| 286. Express Scripts | | None | | | Sold | 03/08/17 | K | C | |
| 287. General Motors | B | Dividend | | | Sold | 03/08/17 | K | C | |
| 288. Goldman Sachs | A | Dividend | | | Sold | 05/31/17 | K | D | |
| 289. JPMorgan Chase CS | B | Dividend | L | T | Sold (part) | 02/15/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Kinross | | None | | | Sold | 03/08/17 | J | A | |
| 291. Vaneck Vectors ETF | A | Dividend | | | Sold | 05/31/17 | J | A | |
| 292. Natural Grocers by Vitamin Cottage | | None | | | Sold | 03/08/17 | J | A | |
| 293. Netscout | | None | | | Sold (part) | 05/03/17 | K | A | |
| 294. | | | | | Sold | 10/09/17 | J | B | |
| 295. Packaging Corp. | A | Dividend | | | Sold | 03/08/17 | K | D | |
| 296. Range Resources | A | Dividend | | | Sold | 03/08/17 | J | A | |
| 297. Robert Half Int'l | A | Dividend | | | Sold | 03/08/17 | J | B | |
| 298. Kinross Gold Corp -- same as Kinross on Line 291 | | | | | | | | | |
| 299. Spirit Airlines | | None | | | Sold (part) | 05/31/17 | K | C | |
| 300. | | | | | Sold | 10/19/17 | J | A | |
| 301. T Mobile | | None | | | Sold (part) | 01/26/17 | J | C | |
| 302. | | | | | Sold (part) | 02/13/17 | J | C | |
| 303. | | | | | Sold | 10/09/17 | K | E | |
| 304. Twenty First Century Fox | A | Dividend | | | Sold | 10/09/17 | K | D | |
| 305. US Bancorp CS | A | Dividend | K | T | | | | | |
| 306. Linmar Corp | A | Dividend | | | Buy | 02/06/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold | 05/31/17 | J | A | |
| 308. United States Steel | | None | J | T | | | | | |
| 309. REAL ESTATE PARTNERSHIP | | | | | | | | | |
| 310. West Moon Twp. Assoc. | E | Distribution | M | U | | | | | |
| 311. FC Donegal Assoc. | G | Distribution | P1 | U | | | | | |
| 312. McIntyre Square Assoc. | D | Distribution | L | U | | | | | |
| 313. Madison NM | E | Distribution | M | U | | | | | |
| 314. WELLS FARGO ACCOUNT: REVOCABLE TRUST | | | | | | | | | |
| 315. AMCAP MF | A | Dividend | M | T | Buy (add'l) | 01/06/17 | J | | |
| 316. | | | | | Buy (add'l) | 02/06/17 | J | | |
| 317. | | | | | Buy (add'l) | 03/06/17 | J | | |
| 318. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 319. | | | | | Buy (add'l) | 05/08/17 | J | | |
| 320. | | | | | Buy (add'l) | 06/06/17 | J | | |
| 321. | | | | | Buy (add'l) | 07/06/17 | J | | |
| 322. | | | | | Buy (add'l) | 08/07/17 | J | | |
| 323. | | | | | Buy (add'l) | 09/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Capital World Growth & Income Fd | B | Dividend | M | T | Buy (add'l) | 01/06/17 | J | | |
| 325. | | | | | Buy (add'l) | 02/06/17 | J | | |
| 326. | | | | | Buy (add'l) | 03/06/17 | J | | |
| 327. Fudamental Inv. MF | B | Dividend | M | T | Buy (add'l) | 01/06/17 | J | | |
| 328. | | | | | Buy (add'l) | 02/06/17 | J | | |
| 329. | | | | | Buy (add'l) | 03/06/17 | J | | |
| 330. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 331. | | | | | Buy (add'l) | 05/08/17 | J | | |
| 332. | | | | | Buy (add'l) | 06/06/17 | J | | |
| 333. | | | | | Buy (add'l) | 07/06/17 | J | | |
| 334. | | | | | Buy (add'l) | 08/07/17 | J | | |
| 335. | | | | | Buy (add'l) | 09/06/17 | J | | |
| 336. Growth Fund America | B | Dividend | M | T | Buy (add'l) | 01/06/17 | J | | |
| 337. | | | | | Buy (add'l) | 02/06/17 | J | | |
| 338. | | | | | Buy (add'l) | 03/06/17 | J | | |
| 339. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 340. | | | | | Buy (add'l) | 05/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 06/06/17 | J | | |
| 342. | | | | | Buy (add'l) | 07/06/17 | J | | |
| 343. | | | | | Buy (add'l) | 08/07/17 | J | | |
| 344. | | | | | Buy (add'l) | 09/06/17 | J | | |
| 345. Lord Abbett Invt Tr | D | Dividend | N | T | Sold (part) | 03/30/17 | J | | |
| 346. MFS Municipal Limited Maturity Fund | E | Dividend | O | T | Buy | 03/30/17 | O | | |
| 347. New Perspective Fd | A | Dividend | M | T | | | | | |
| 348. Smallcap World | A | Dividend | M | T | | | | | |
| 349. Short Term Bd Fd Amer | A | Dividend | L | T | Sold (part) | 01/06/17 | K | A | |
| 350. | | | | | Sold (part) | 02/06/17 | K | A | |
| 351. | | | | | Sold (part) | 03/06/17 | K | A | |
| 352. | | | | | Sold (part) | 04/06/17 | K | A | |
| 353. | | | | | Sold (part) | 05/08/17 | K | A | |
| 354. | | | | | Sold (part) | 06/06/17 | K | A | |
| 355. | | | | | Sold (part) | 07/06/17 | K | A | |
| 356. | | | | | Buy (add'l) | 08/07/17 | J | | |
| 357. | | | | | Sold (part) | 09/06/17 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Wash Mut Invs Fd | C | Dividend | M | T | Buy (add'l) | 01/06/17 | J | | |
| 359. | | | | | Buy (add'l) | 02/06/17 | J | | |
| 360. | | | | | Buy (add'l) | 03/06/17 | J | | |
| 361. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 362. | | | | | Buy (add'l) | 05/08/17 | J | | |
| 363. | | | | | Buy (add'l) | 06/06/17 | J | | |
| 364. | | | | | Buy (add'l) | 07/06/17 | J | | |
| 365. | | | | | Buy (add'l) | 08/07/17 | J | | |
| 366. | | | | | Buy (add'l) | 09/06/17 | J | | |
| 367. TRUST #6 | | | | | | | | | |
| 368. Growth Fund America | A | Dividend | L | T | Buy (add'l) | 01/03/17 | J | | |
| 369. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 370. | | | | | Buy (add'l) | 03/01/17 | J | | |
| 371. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 372. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 373. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 374. | | | | | Buy (add'l) | 07/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 376. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 377. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 378. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 379.   Fundamental Invs. Inc. Class A | A | Dividend | L | T | Buy (add'l) | 01/03/17 | J | | |
| 380. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 381. | | | | | Buy (add'l) | 03/01/17 | J | | |
| 382. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 383. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 384. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 385. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 386. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 387. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 388. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 389. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 390.   AMCAP Fund Inc. Class A | A | Dividend | L | T | Buy (add'l) | 01/03/17 | J | | |
| 391. | | | | | Buy (add'l) | 02/01/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hardiman, Thomas M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 03/01/17 | J | | |
| 393. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 394. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 395. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 396. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 397. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 398. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 399. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 400. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 401. Wells Fargo MM | A | Dividend | J | T | | | | | |
| 402. ANNUITIES | | | | | | | | | |
| 403. PNC Fixed Annuity | A | Interest | J | T | | | | | |
| 404. Security Benefit Fixed Annuity | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/09/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas M. Hardiman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544